UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                              Plaintiff,

            -against-

Hector Gonzalez,

                              Defendant.

89-CR-744 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Defendant is directed to file a text-searchable PDF version of his memorandum of law (and any exhibits on which he wishes to rely) within seven days of this order.

The government is directed to file a response to the motion within 14 days of this order. Defendant may file any reply within 7 days of the response.

SO ORDERED.

Dated: March 23, 2026
        New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge