

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 1, 2026

**BY ECF**
The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

> Re:    *United States v. Hector Gonzales*, No. 89 Cr. 744 (AS)

Dear Judge Subramanian:

The Government writes, with Defendant's consent, to respectfully request an extension of the time to respond to Defendant's pending motion for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A).

On March 17, 2026, the Court docketed Defendant's motion for compassionate release and supporting memorandum of law in this 37-year-old case. (ECF Nos. 9, 10). On March 23, 2026, Your Honor ordered Defendant to file a text-searchable version of his memorandum of law and any supporting exhibits within 7 days, by March 30, 2026, ordered the Government to file any response to Defendant's motion within 14 days, by April 6, 2026, and ordered Defendant to file any reply within 7 days of the Government's response, by April 13, 2026. (ECF No. 14). On March 25, 2026, Defendant filed a text-searchable version of his memorandum of law, with supporting exhibits. (ECF No. 16).

On March 27, 2026, counsel for Defendant and the Government conferred by telephone regarding Defendant's motion for compassionate release. The parties have agreed to the following proposed briefing schedule:

- The Government may respond to Defendant's motion no later than **May 25, 2026**, which is 60 days from the date Defendant filed his supporting exhibits.

- Defendant may file any reply to the Government's response no later than **June 8, 2025,** which is 14 days from the Government's response date.

The proposed briefing schedule will afford the Government sufficient time to obtain and review relevant documents in this matter, which pre-dates electronic filing. Counsel for Defendant has been working collaboratively with the Government to provide access to materials in counsel's possession.

This is the first request for an extension in this matter, and no appearances before the Court are currently scheduled.  The Government thanks the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____

ANDREW N. STAHL
Special Assistant United States Attorney
(212) 637-2456

cc (by ECF):   All counsel of record

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 17.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: April 2, 2026