Protass Law PLLC

260 Madison Avenue
22nd Floor
New York, NY 10016

T: 212-455-0335
F: 646-607-0760
hprotass@protasslaw.com

June 6, 2026

VIA ECF

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    United States v. Hector Gonzales, Case No. 89-CR-744 (AS)

Dear Judge Subramanian:

This firm represents defendant Hector Gonzales in connection with his pending 18 U.S.C. § 3582(c)(1)(A) sentence reduction/compassionate release motion. With the consent of Special Assistant United States Attorney Andrew Stahl, I write to respectfully request a fifteen (15) day extension of time to file Mr. Gonzales' reply memorandum of law in further support of his sentence reduction motion. In particular, I am deeply uncomfortable submitting a memorandum of law without a client first having the opportunity to review and comment on it. Given the two weeks between the date upon which the government's opposition was filed (May 26, 2026) and the date that Mr. Gonzales' reply is currently due (June 8, 2026), there is simply not sufficient time for me to research and write Mr. Gonzales' reply, to mail it to him, to receive his comments and to finalize/file his reply. I therefore respectfully request an additional fifteen days (until June 23, 2026) to file Mr. Gonzales' reply memorandum of law in further support of his sentence reduction motion so that I may fulfil my ethical and professional responsibilities to him.

Thank you for your consideration and attention to this matter.

The requested extension is GRANTED.

SO ORDERED.

Respectfully submitted,

/s/

Harlan Protass

Arun Subramanian, U.S.D.J.
Dated: June 10, 2026

cc:    All Counsel of Record (via ECF)