UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| -against- | |
| Hector Gonzales, | |
| Defendant. | |

89-CR-744 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

By July 14, 2026, the parties are directed to submit a joint letter containing a chart of the best cases (no more than 5) they believe support their position. The parties should exchange their proposed charts by July 6, 2026, with these fields: (1) case name, docket number, and jurisdiction; (2) motion granted or denied; (3) nature of offense, age of defendant at time of offense, and age of defendant at time of motion; (4) grounds for finding or not finding extraordinary and compelling reasons for release; and (5) an empty field for the other side's response. Once completed, the parties should then compile their charts into a single chart to include in the letter, and may include in the letter one page of additional discussion in support of their position on the motion.

Any friends or relatives of the victim are invited to submit any letters they would like the Court to consider by July 14, 2026. The Government is directed to make notifications to any known family to allow them to submit any such letters.

The Court will hold a hearing on the motion for compassionate release on Thursday, July 23, 2026, at 2 p.m. in Courtroom 15A of the 500 Pearl Street Courthouse. Any friends or relatives of the victim will be permitted to address the Court if they wish.

SO ORDERED.

Dated: June 29, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge