**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 7, 2026

**<u>BY ECF</u>**
The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

**Re: *United States v. Hector Gonzales*, 89 Cr. 744 (AS)**

Dear Judge Subramanian:

The Government writes on behalf of the parties to respectfully and jointly request a 30-day adjournment of the hearing, currently scheduled for July 23, 2026, on Defendant's pending motion for compassionate release. (Dkt. 15, the "Motion").

On June 29, 2026, the Court issued an order directing the parties to submit a joint letter by July 14, 2026, and setting a hearing on the Motion for July 23, 2026, at 2 p.m. (Dkt. 24, the "Order). The Order also invited written submissions from friends and relatives of the victim in this case and directed the Government to notify known family members of the victim.

The parties seek the requested 30-day adjournment principally for two reasons. First, the Government understands from communications with defense counsel that the Defendant wishes to attend any hearing on the Motion. The Defendant is currently incarcerated at FCI Schuylkill in Minersville, Pennsylvania. The Government has initiated the process of requesting the Defendant's temporary transfer to the Metropolitan Detention Center ("MDC"), to facilitate his attendance at any hearing. The Government currently anticipates that the requested 30-day adjournment will afford sufficient time for the U.S. Marshals Service to complete Defendant's transfer to the MDC, while accounting for the logistical and security considerations inherent to prisoner transport. Second, due to the age of this case, the Government remains currently engaged in efforts identify and locate any known family members of the victim. The additional time requested will allow the Government to continue these efforts to the fullest extent possible, consistent with the Court's Order. Accordingly, the Government also requests an adjournment of the deadline for any letters from friends and relatives of the victim to a date one week prior to the rescheduled hearing. Finally, in addition to the foregoing, the undersigned has a previously scheduled commitment on July 23.

Consistent with the Court's Order, the Government and defense counsel exchanged proposed charts of cases on July 6, 2026, and anticipate filing their joint letter with the Court by July 14, 2026. Accordingly, the parties are <u>not</u> seeking an adjournment of those deadlines.

For the foregoing reasons, the parties respectfully request that the Court modify the schedule set forth in the Order as follows:

- A hearing on the Motion will be held on a date at the Court's convenience, on or after **August 24, 2026**.

- Any friends or relatives of the victim may submit any letters for the Court's consideration by a date no later than one week prior to the rescheduled hearing on the Motion.

The parties are available for a hearing any date the week of August 24, 2026, if convenient for the Court. This is the first request for an adjournment of the hearing on the Motion, and no other appearances before the Court are currently scheduled. The parties thank the Court for its consideration of this request.

Application GRANTED. The hearing will now be held on Tuesday, August 25, 2026, at 11:00 AM.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 25.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: July 8, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: ______________________________
ANDREW N. STAHL
Special Assistant United States Attorney
(212) 637-2456

cc (by ECF): All counsel of record