UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-against-

Hector Gonzales,

Defendant.

89-CR-744 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

For the reasons explained on the record at the August 25, 2026, hearing, the Court DENIES defendant Hector Gonzales's motion for a sentence reduction, ECF No. 15.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 15.

SO ORDERED.

Dated: August 25, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge