UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-against-

Hector Gonzales,

Defendant.

89-CR-744 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Government is ORDERED to order a copy of the August 25, 2026, hearing transcript in this case.

SO ORDERED.

Dated: August 28, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge